# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MARC IRWIN SHARFMAN, M.D., P.C. a Florida corporation, individually and as the representative of a class of similarly-situated persons,<br><br>                    Plaintiff,<br><br>        v.<br><br>ACUTE HOME HEALTHCARE INC., a Florida corporation,<br><br>                    Defendant. | Civil Action No.: 6:20-cv-02085-WWB-DCI |

## NOTICE OF SETTLEMENT

Plaintiff, MARC IRWIN SHARFMAN M.D., P.A., hereby gives written notice pursuant to Local Rule 3.08 to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action. Plaintiff anticipates filing a Notice of Voluntary Dismissal once the settlement has been finalized, within the next sixty days.

Respectfully submitted,

MARC IRWIN SHARFMAN M.D., P.A., individually and as the representative of a class of similarly-situated persons

s/ Ryan M. Kelly
Ryan M. Kelly – FL Bar No.: 90110

ANDERSON + WANCA  
3701 Algonquin Road, Suite 500  
Rolling Meadows, IL  60008  
Telephone: 847-368-1500  
rkelly@andersonwanca.com  
Email: rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly